PROB 12C
(6/16)

Report Date: May 17, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Casch                                Case Number: 0980 2:16CR00218-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 23, 2005

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Controlled Substances - Methamphetamine and Cocaine, 21 U.S.C. § 846 and 841(a)(1) | |
| Original Sentence: | Prison - 192 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: January 12, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 11, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1           **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Casch is alleged to have been arrested and charged for driving under the influence of a controlled substance; possession of methamphetamine; and for import/export marijuana items over 1 ounce on April 23, 2019, by the Oregon State Police, incident number SP19-143001.

On January 19, 2016, supervised release conditions were reviewed and signed by Mr. Casch acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another federal, state or local crime.

According to an Oregon State Police narrative report, on April 23, 2019, an Oregon State Police officer observed a black pickup truck traveling at a speed visibly faster than the posted speed limit of 50 miles per hour in a construction zone. The vehicle's speed was clocked by radar traveling 68 miles per hour before being pulled over. The officer approached the passenger side of the vehicle and talked to the driver who identified himself

Prob12C
Re: Casch, Mark
May 17, 2019
Page 2

as Mark Casch II with a Washington driver's license. While talking to Mr. Casch, the officer reported he noticed the defendant was talking very fast, looked nervous, was pale faced, and had twitchy body movements. The officer reported he could immediately smell the odor of marijuana coming from the truck. While Mr. Casch was looking for his documents, the officer asked him where he was coming from; to which the defendant replied, "Washington." The officer asked if he stopped anywhere since he came into Oregon. Mr. Casch informed the officer he had not stopped anywhere except for fuel in Umatilla, Oregon.

While the officer was checking Mr. Casch's driving status through dispatch, the officer learned the defendant was on federal probation in the State of Washington. The officer questioned the defendant in regard to his probation. The defendant informed the officer he was on for conspiracy to distribute cocaine. The officer asked the defendant how much marijuana he had in his vehicle. Mr. Casch and his passenger, Araceli Martinez, told the officer they had a "personal" amount. The defendant was asked where he purchased the marijuana, to which he replied "Spokane." The officer reported that while speaking with the defendant after the initial contact, he observed Mr. Casch still talking fast and he seemed very nervous. The officer asked the defendant how much marijuana he had in his truck. Mr. Casch pulled a prepackaged joint out of the center console and gave it to the officer.

The officer asked Mr. Casch for consent to search his vehicle. Mr. Casch replied "I'm not sure." The officer told Mr. Casch he was not concerned with personal use; however, he was concerned if he had a large quantity of marijuana in the vehicle. Ms. Martinez handed the officer a black box and told him that it contained her marijuana. Mr. Casch handed the officer a gray bag and said it was his but it was his daughter's marijuana. The officer again asked the defendant if he could search the vehicle. Mr. Casch asked the officer if he could call his lawyer. The officer told him to go ahead and he would get back to him in a minute.

The officer was given permission to look inside the gray bag by Mr. Casch. While looking in the bag, the officer saw that Mr. Casch had imported more than 1 ounce of marijuana. The officer again reported that while he spoke with Mr. Casch he was very nervous about him looking in the truck. The officer decided with the criminal import of marijuana, he had probable cause to search the vehicle for drugs. Before the officer could search the vehicle, Mr. Casch told the officer he had relapsed and started taking amphetamines. The defendant told the officer he used methamphetamine that morning. The officer reported being worried about Mr. Casch's ability to drive. The defendant told the officer that he had methamphetamine in his jacket. A search of the truck revealed a glass pipe in the driver's side door with burnt marijuana. The officer searched the defendant's jacket and found a clear eyeglass case in the front pocket. The officer looked inside the case and found two baggies with a crystal substance and multiple syringes. One of the syringes had a clear liquid in it.

After the officer finished with this portion of the investigation, he moved onto the driving under the influence. The defendant was questioned and prescreened for the sobriety test. After the test was completed, the defendant was found to be under the influence of a controlled substance.

Mr. Casch was transported to the Union County Jail where he was booked under the above noted charges and subsequently released.

Prob12C
Re: Casch, Mark
May 17, 2019
Page 3

> On April 27, 2019, the officer weighed the evidence and packaged it at the La Grande patrol office. The weight of the white crystalline substance weighed 3.3 grams with the packaging. The substance was sent to the Oregon State Police crime lab to verify that it is methamphetamine and for the official weight. The officer also weighed the marijuana, which was approximately 4 ounces.
>
> Mr. Casch is scheduled to appear in Union County Circuit Court in La Grande, Oregon, on May 21, 2019.

2      **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance.

> **Supporting Evidence**: Mr. Casch is alleged to have been found in possession of methamphetamine and marijuana on April 23, 2019.
>
> On January 19, 2016, supervised release conditions were reviewed and signed by Mr. Casch acknowledging his understanding of mandatory condition number 3, which prohibits him from unlawfully possessing a controlled substance.
>
> As noted in violation number 1, according to the Oregon State Police narrative report, on April 23, 2019, Mr. Casch was pulled over for speeding in Union County in the State of Oregon. Upon further investigation, the officer found Mr. Casch in possession of methamphetamine and marijuana.

3      **Special Condition #2**: The defendant shall participate in a program of drug/alcohol aftercare, which may include urine testing in accordance with 18USC 3583(d), as directed by the probation officer. Cost of the treatment and testing to be paid by the defendant and the government based upon the defendant's ability to pay.

> **Supporting Evidence**: Mr. Casch is alleged to have failed to submit to random urinalysis testing on May 8, 2019.
>
> On January 19, 2016, supervised release conditions were reviewed and signed by Mr. Casch acknowledging his understanding of special condition number 2, which requires him to submit to urine testing.
>
> On April 26, 2019, Mr. Casch was referred to Merit Resource Services for random urine testing using the colorline system. Mr. Casch was directed to call the Merit colorline daily and when his color is called, he is to report for a drug screen. On May 8, 2019, this officer received a voice mail message from Merit staff reporting Mr. Casch was a no show no call for his random drug test. On May 16, 2019, Mr. Casch was confronted regarding his failure to submit to a drug screen on May 8, 2019. Mr. Casch admitted not calling the colorline that day.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Casch, Mark**
**May 17, 2019**
**Page 4**

                        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 17, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

May 17, 2019
Date